**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-49393 |
| | § | |
| FAITH A DOBBINS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2013. The undersigned trustee was appointed on 12/31/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $5,079.23

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4.00 |
    | Bank service fees | $60.56 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $5,014.67 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/27/2014 and the deadline for filing government claims was 05/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,257.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,257.92, for a total compensation of $1,257.92[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/11/2015          By:    /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 13-49393 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | DOBBINS, FAITH A | | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 5/11/2015 | | §341(a) Meeting Date: | 02/19/2014 |
| | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4623 South Indiana Apt. 3S, Chicago, Illinois - Condominium | $34,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $40.00 | $40.00 | | $0.00 | FA |
| 3 | Bank of America Checking Account no. ending 6223 | $800.00 | $800.00 | | $800.00 | FA |
| 4 | Bank of America Savings Account no. ending 7139 | $15.15 | $15.15 | | $15.15 | FA |
| 5 | Bank of American Savings Account no. ending 7694 | $75.89 | $75.89 | | $75.89 | FA |
| 6 | TCF Bank Checking Account no. ending 1998 | $140.50 | $140.50 | | $140.50 | FA |
| 7 | PayPal Account | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Futon, Sofa, 2 Chairs, Dining Table & 4 Chairs, Kitchen Table with 2 Chairs, Desk, Chair, 2 TVS, Stereo, Radio, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | Necessary Wearing Apparel | $800.00 | $0.00 | | $0.00 | FA |
| 10 | Engagement and Wedding Ring, Watch, Misc. Jewelry | $8,000.00 | $4,000.00 | | $4,047.69 | FA |
| **Asset Notes:** | Overpayment from debtor $7.69. Check to be written to re-fund debtor. | | | | | |
| 11 | AXA Equitable Term Life Insurance Policy no. ending 1447 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Chicago Public Schools 403(b) | $18,996.00 | $0.00 | | $0.00 | FA |
| 13 | CPS Pension | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 100% exempt. | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$63,867.54    $6,071.54    $5,079.23    $0.00

Case 13-49393 Doc 27 Filed 05/28/15 Entered 05/28/15 10:01:28 Desc Main
Document Page 4 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit A

| **Case No.:** | 13-49393 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | DOBBINS, FAITH A | | | **Date Filed (f) or Converted (c):** | 12/31/2013 (f) |
| **For the Period Ending:** | 5/11/2015 | | | **§341(a) Meeting Date:** | 02/19/2014 |
| | | | | **Claims Bar Date:** | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

All installments are in.

Confirmed no taxes a re necessary.

Payments ongoing.

One unsecured creditor (prior to claims bar date).

Installments coming in regularly.

Motion to approve compromise, set 7.23.14 for hearing, granted. 7.25.14

Small asset case debtor awaiting order of approval before beginning installment payments and providing the down payment. 6.18.14

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2015 | **Current Projected Date Of Final Report (TFR):** | /s/ HORACE FOX, JR. |
|---|---|---|---|
| | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49393 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $280.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $560.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $840.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $270.00 | | $1,110.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $10.00 | | $1,120.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $2,000.00 | | $3,120.00 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.16 | $3,119.84 |
| 08/22/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $3,399.84 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,394.53 |
| 09/16/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry | 1129-000 | $279.23 | | $3,673.76 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,668.45 |
| 10/17/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry-Receivables | 1129-000 | $280.00 | | $3,948.45 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.50 | $3,941.95 |
| 11/17/2014 | | Faith Dobbins | Monies owed to the Estate-bank account Receivables and to engagement and wedding ring, Misc Jewelry | * | $280.00 | | $4,221.95 |
| | {3} | | $239.23 | 1129-000 | | | $4,221.95 |
| | {10} | | $40.77 | 1129-000 | | | $4,221.95 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.93 | $4,216.02 |
| 12/17/2014 | (3) | Faith Dobbins | Bank of America Checking Account no. ending 6223 receivable. | 1129-000 | $280.00 | | $4,496.02 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.99 | $4,489.03 |
| 01/21/2015 | (3) | Faith Dobbins | Monies owed to the Estate-bank account Receivables. | 1129-000 | $280.00 | | $4,769.03 |
| | | | **SUBTOTALS** | | $4,799.23 | $30.20 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-49393 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,761.40 |
| 02/20/2015 | | Faith Dobbins | Accounts receivables for bank accounts and jewelry. | * | $280.00 | | $5,041.40 |
| | {4} | | $15.15 | 1129-000 | | | $5,041.40 |
| | {5} | | $75.89 | 1129-000 | | | $5,041.40 |
| | {6} | | $140.50 | 1129-000 | | | $5,041.40 |
| | {3} | | $0.77 | 1129-000 | | | $5,041.40 |
| | {10} | | $47.69 | 1129-000 | | | $5,041.40 |
| 02/26/2015 | 5001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $4.00 | $5,037.40 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.04 | $5,030.36 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.85 | $5,022.51 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.84 | $5,014.67 |
| | | | TOTALS: | | $5,079.23 | $64.56 | $5,014.67 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,079.23 | $64.56 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,079.23 | $64.56 | |

**For the period of 12/31/2013 to 5/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,079.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $64.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $64.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/29/2014 to 5/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,079.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $64.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $64.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-49393 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/11/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,079.23 | $64.56 | $5,014.67 |

**For the period of 12/31/2013 to 5/11/2015**

| Total Compensable Receipts: | $5,079.23 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $64.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $64.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/31/2013 to 5/11/2015**

| Total Compensable Receipts: | $5,079.23 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $64.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $64.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

Page No: 1     Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.: | 13-49393 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | DOBBINS, FAITH A | | | | Date: | 5/11/2015 |
| Claims Bar Date: | 05/27/2014 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 04/08/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,257.92 | $1,257.92 | $0.00 | $0.00 | $0.00 | $1,257.92 |
|  | BRUCE DE 'MEDICI 17W703 Butterfield Rd., Oak Brook Terrace IL 60181 | 04/15/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,475.00 | $2,475.00 | $0.00 | $0.00 | $0.00 | $2,475.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | 03/11/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,356.49 | $9,356.49 | $0.00 | $0.00 | $0.00 | $9,356.49 |
|  |  |  |  |  |  |  | $13,089.41 | $13,089.41 | $0.00 | $0.00 | $0.00 | $13,089.41 |

Page No: 2     Exhibit C

## CLAIM ANALYSIS REPORT

| | |     | | |
|---|---|---|---|---|
| **Case No.** | 13-49393 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | DOBBINS, FAITH A | | **Date:** | 5/11/2015 |
| **Claims Bar Date:** | 05/27/2014 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $2,475.00 | $2,475.00 | $0.00 | $0.00 | $0.00 | $2,475.00 |
| General Unsecured 726(a)(2) | $9,356.49 | $9,356.49 | $0.00 | $0.00 | $0.00 | $9,356.49 |
| Trustee Compensation | $1,257.92 | $1,257.92 | $0.00 | $0.00 | $0.00 | $1,257.92 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       13-49393
Case Name:      FAITH A DOBBINS
Trustee Name:   Horace Fox, Jr.

Balance on hand:     $5,014.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,014.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $1,257.92 | $0.00 | $1,257.92 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,475.00 | $0.00 | $2,475.00 |

Total to be paid for chapter 7 administrative expenses:     $3,732.92
Remaining balance:     $1,281.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,281.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $1,281.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $9,356.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $9,356.49 | $0.00 | $1,281.75 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,281.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**