**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| FAITH A DOBBINS | ) | |
| | ) | Case No. 13 B 49393 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor** | ) | Bankruptcy Judge |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES HORACE FOX, JR., Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,257.92 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,079.23. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $7.92 | ($4500.00 max.) |
| 5% of next 950,000 | $0.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---:|
| TOTAL COMPENSATION ALLOWED | $1,257.92 |
| TOTAL COMPENSATION REQUESTED | $1,257.92 |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 05/11/2015 /s/Horace Fox, Jr.
Horace Fox, Jr., Trustee
6 East Monroe
Suite 1004
Chicago, IL 60603

# TIME AND BILLING
## TIME REPORT

Page No: 1

| Case No.: | 13-49393 | | | | | | Trustee Name |
|---|---|---|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | | | | | Horace Fox, Jr. |

| PROFESSIONAL | DATE | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|---|
| **Firm Name: HORACE FOX, JR., TRUSTEE** | | | | | | | |
| **Project Category :** | | | | | | | |
| Horace Fox, Jr. | 10/17/2014 | $425.00 | 0.33 | $140.25 | 0.33 | $140.25 | Billable |
| Description: Received, logged and deposited check from debtor. | | | | | | | |
| Horace Fox, Jr. | 11/30/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: Reconciled bank statements. | | | | | | | |
| Horace Fox, Jr. billable hours = 0.63 hours at $425.00 per hour = $267.75 | | | | | | | |
| **Project Category Total:** | | | **0.63** | | | **$267.75** | |
| **Project Category : Case administration** | | | | | | | |
| Horace Fox, Jr. | 01/13/2014 | $425.00 | 0.20 | $85.00 | 0.20 | $85.00 | Billable |
| Description: First meeting of creditors, preparation. | | | | | | | |
| Horace Fox, Jr. | 01/13/2014 | $425.00 | 0.20 | $85.00 | 0.20 | $85.00 | Billable |
| Description: Reviewed motion to modify. | | | | | | | |
| Horace Fox, Jr. | 02/20/2014 | $425.00 | 0.20 | $85.00 | 0.20 | $85.00 | Billable |
| Description: Prepared and filed initial asset report. | | | | | | | |
| Horace Fox, Jr. | 06/25/2014 | $425.00 | 0.20 | $85.00 | 0.20 | $85.00 | Billable |
| Description: Reviewed motion to employ. | | | | | | | |
| Horace Fox, Jr. | 07/22/2014 | $425.00 | 0.20 | $85.00 | 0.20 | $85.00 | Billable |
| Description: Reviewed motion to use, sell or lease. | | | | | | | |
| Horace Fox, Jr. | 07/29/2014 | $425.00 | 1.00 | $425.00 | 1.00 | $425.00 | Billable |
| Description: Received, logged and deposited 6 checks from the debtor. | | | | | | | |
| Horace Fox, Jr. | 07/30/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: Reconciled bank statements. | | | | | | | |
| Horace Fox, Jr. | 08/22/2014 | $425.00 | 0.33 | $140.25 | 0.33 | $140.25 | Billable |
| Description: Received, logged and deposited check from debtor. | | | | | | | |
| Horace Fox, Jr. | 08/30/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: Reconciled bank statements. | | | | | | | |
| Horace Fox, Jr. | 09/16/2014 | $425.00 | 0.33 | $140.25 | 0.33 | $140.25 | Billable |
| Description: Received, logged and deposited check from debtor. | | | | | | | |
| Horace Fox, Jr. | 09/30/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: Reconciled bank statements. | | | | | | | |
| Horace Fox, Jr. | 10/17/2014 | $425.00 | 0.33 | $140.25 | 0.33 | $140.25 | Billable |
| Description: Received, logged and deposited check from debtor. | | | | | | | |
| Horace Fox, Jr. | 10/30/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: Reconciled bank statements. | | | | | | | |
| Horace Fox, Jr. billable hours = 4.19 hours at $425.00 per hour = $1,780.75 | | | | | | | |
| **Project Category Case administration Total:** | | | **4.19** | | | **$1,780.75** | |
| **Project Category : Claims examination** | | | | | | | |
| Horace Fox, Jr. | 12/05/2014 | $425.00 | 0.10 | $42.50 | 0.10 | $42.50 | Billable |
| Description: Examined Claims. | | | | | | | |
| Horace Fox, Jr. billable hours = 0.10 hours at $425.00 per hour = $42.50 | | | | | | | |
| **Project Category Claims examination Total:** | | | **0.10** | | | **$42.50** | |
| **Project Category : Fee application** | | | | | | | |
| Horace Fox, Jr. | 12/06/2014 | $425.00 | 1.20 | $510.00 | 1.20 | $510.00 | Billable |
| Description: Compile timesheets. | | | | | | | |
| Horace Fox, Jr. billable hours = 1.20 hours at $425.00 per hour = $510.00 | | | | | | | |
| **Project Category Fee application Total:** | | | **1.20** | | | **$510.00** | |
| **Project Category : First meeting of creditors** | | | | | | | |

## TIME AND BILLING
### TIME REPORT

| **Case No.:** | 13-49393 | | | | | | **Trustee Name** |
|---|---|---|---|---|---|---|---|
| **Case Name:** | DOBBINS, FAITH A | | | | | | Horace Fox, Jr. |

| PROFESSIONAL | DATE | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|---|
| Horace Fox, Jr. | 02/19/2014 | $425.00 | 0.30 | $127.50 | 0.30 | $127.50 | Billable |
| Description: First meeting of creditors, conducted. | | | | | | | |

Horace Fox, Jr. billable hours = 0.30 hours at $425.00 per hour = $127.50

| **Project Category First meeting of creditors Total:** | | | **0.30** | | | **$127.50** | |
|---|---|---|---|---|---|---|---|

Horace Fox, Jr. billable hours = 6.42 hours at $425.00 per hour = $2,728.50

| **Firm Name HORACE FOX, JR., TRUSTEE Total:** | | | **6.42** | | | **$2,728.50** | |
| | | **TOTALS:** | **6.42** | **$2,728.50** | **6.42** | **$2,728.50** | |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| FAITH A DOBBINS | ) | |
| | ) | Case No. 13 B 49393 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor** | ) | Bankruptcy Judge |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation — $1,257.92
2. Trustee's expenses — $0.00

   TOTAL — $1,257.92

DATE:                ENTER:

_____
JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE