# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-49393 |
| | § | |
| FAITH A DOBBINS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 06/25/2015, in Courtroom 680, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/28/2015          By:   /s/ Horace Fox, Jr.
                                                Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-49393
§
FAITH A DOBBINS §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,079.23
*and approved disbursements of* $64.56
*leaving a balance on hand of[1]:* $5,014.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,014.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,257.92 | $0.00 | $1,257.92 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,475.00 | $0.00 | $2,475.00 |

Total to be paid for chapter 7 administrative expenses: $3,732.92
Remaining balance: $1,281.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,281.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,281.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,356.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $9,356.49 | $0.00 | $1,281.75 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,281.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
                Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                          Case No. 13-49393-JPC
Faith A Dobbins                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: arodarte            Page 1 of 2             Date Rcvd: May 28, 2015
                            Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2015.
db            #+Faith A Dobbins,    4623 South Indiana,   Apt. 3S,   Chicago, IL 60653-4067
aty            +Bruce de ' Medici,   17 W 703 Butterfield Road,   Oakbrook Terrace, IL 60181-4280
21376750        AT&T Universal Card,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
21376749       +American Home Shield,   889 Ridge Lake Blvd,   Memphis, TN 38120-9425
21376751       +Blatt, Hasenmiller, Leibsker & Moore,    125 South Wacker Drive,   Suite 400,
                 Chicago, IL 60606-4440
21376752       +Capital Management Services LP,    PO Box 87,   Buffalo, NY 14220-0087
21376753        Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
21376754      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:   Fifth Third Bank,   Customer Service,   MD 1 MOC2G-4050,
                 38 Fountain Square Plaza,   Cincinnati, OH 45263)
21376755        Illinois Collection Service, Inc.,   P.O. Box 1010,   Tinley Park, IL 60477-9110
21376756       +Jewel of Indiana Condo Assoc.,    Attn: Herbert H Fisher, Registered Agent,
                 155 North Michigan Ave, # 622,   Chicago, IL 60601-7593
21376757       +Law Office of Ira T. Nevel,   175 North Franklin Street,   Suite 201,   Chicago, IL 60606-1847
21376758       +Northwestern Medical Faculty Foundation,   680 North Lake Shore Drive,   Suite 1118,
                 Chicago, IL 60611-3062
21376759       +Northwestern Memorial Hospital,   Attn: Registered Agent,   211 E. Ontario St., Suite 1800,
                 Chicago, IL 60611-3242
21376760       +Pediatric Faculty Foundation, Inc.,    Attn: Donna Wetzler, Registered Agent,
                 225 E Chicago Ave., Box 261,   Chicago, IL 60611-2991
21376762       +Univ of Ill Hosp & Health Sciences Sys,   833 South Wood Street, B52,   Attn: Bankruptcy,
                 Chicago, IL 60612-7229
21376763       +Univ of Illinois at Chicago Phys Grp,   3293 Payshere Circle,   Chicago, IL 60674-0032
21376764       +University of Chicago Medicine,   5841 S Maryland,   Chicago, IL 60637-1654
21376765       +University of Chicago Physicians Group,   PO Box 75307,   Chicago, IL 60675-5307
21376766       +University of Chicago Physicians Groups,   4801 Southwick Drive,   Fifth Floor,
                 Matteson, IL 60443-2254
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21634426        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2015 00:56:03
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
21376761       +E-mail/Text: bankruptcydepartment@ncogroup.com May 29 2015 00:51:21
                 Transworld Systems, Inc.,   1375 East Woodfield Road,   #110,   Schaumburg, IL 60173-5423
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2015 at the address(es) listed below:
          Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
          Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
          Gregory K Stern    on behalf of Debtor Faith A Dobbins gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
```

Case 13-49393   Doc 33   Filed 05/28/15   Entered 05/30/15 23:32:04   Desc Imaged
Certificate of Notice   Page 6 of 6

```
District/off: 0752-1          User: arodarte            Page 2 of 2             Date Rcvd: May 28, 2015
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Horace  Fox, JR   on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,
         hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
        Horace  Fox, JR    foxhorace@aol.com,
         hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy R Yueill   on behalf of Creditor   Fifth Third Mortgage Company timothyy@nevellaw.com
                                                                                                                                                  TOTAL: 7