**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-49393 |
| | § | |
| FAITH A DOBBINS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $20,040.00 | Assets Exempt: | $38,796.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,281.75 | Claims Discharged Without Payment: | $8,074.74 |
| Total Expenses of Administration: | $3,797.48 | | |

3)   Total gross receipts of $5,079.23  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,079.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,797.48 | $3,797.48 | $3,797.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $9,356.49 | $9,356.49 | $1,281.75 |
| **Total Disbursements** | $0.00 | $13,153.97 | $13,153.97 | $5,079.23 |

4). This case was originally filed under chapter 7 on 12/31/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/08/2015</u>     By:  <u>/s/ Horace Fox, Jr.</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account no. ending 6223 | 1129-000 | $800.00 |
| Bank of America Savings Account no. ending 7139 | 1129-000 | $15.15 |
| Bank of American Savings Account no. ending 7694 | 1129-000 | $75.89 |
| Engagement and Wedding Ring, Watch, Misc. Jewelry | 1129-000 | $4,047.69 |
| TCF Bank Checking Account no. ending 1998 | 1129-000 | $140.50 |
| **TOTAL GROSS RECEIPTS** | | $5,079.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,257.92 | $1,257.92 | $1,257.92 |
| Arthur B. Levine Company | 2300-000 | NA | $4.00 | $4.00 | $4.00 |
| Green Bank | 2600-000 | NA | $60.56 | $60.56 | $60.56 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $2,475.00 | $2,475.00 | $2,475.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,797.48 | $3,797.48 | $3,797.48 |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as | 7100-000 | $0.00 | $9,356.49 | $9,356.49 | $1,281.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| agent for | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $9,356.49 | $9,356.49 | $1,281.75 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-49393 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 8/8/2015 | §341(a) Meeting Date: | 02/19/2014 |
| | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4623 South Indiana Apt. 3S, Chicago, Illinois - Condominium | $34,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $40.00 | $40.00 | | $0.00 | FA |
| 3 | Bank of America Checking Account no. ending 6223 | $800.00 | $800.00 | | $800.00 | FA |
| 4 | Bank of America Savings Account no. ending 7139 | $15.15 | $15.15 | | $15.15 | FA |
| 5 | Bank of American Savings Account no. ending 7694 | $75.89 | $75.89 | | $75.89 | FA |
| 6 | TCF Bank Checking Account no. ending 1998 | $140.50 | $140.50 | | $140.50 | FA |
| 7 | PayPal Account | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Futon, Sofa, 2 Chairs, Dining Table & 4 Chairs, Kitchen Table with 2 Chairs, Desk, Chair, 2 TVS, Stereo, Radio, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | Necessary Wearing Apparel | $800.00 | $0.00 | | $0.00 | FA |
| 10 | Engagement and Wedding Ring, Watch, Misc. Jewelry | $8,000.00 | $4,000.00 | | $4,047.69 | FA |

**Asset Notes:** Overpayment from debtor $7.69. Check to be written to re-fund debtor.

| 11 | AXA Equitable Term Life Insurance Policy no. ending 1447 | $0.00 | $0.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|
| 12 | Chicago Public Schools 403(b) | $18,996.00 | $0.00 | | $0.00 | FA |
| 13 | CPS Pension | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** 100% exempt.

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

                           **$63,867.54**       **$6,071.54**             **$5,079.23**       **$0.00**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 13-49393 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 8/8/2015 | | §341(a) Meeting Date: | 02/19/2014 |
| | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

6.26.15, checks written.

All installments are in.

Confirmed no taxes a re necessary.

Payments ongoing.

One unsecured creditor (prior to claims bar date).

Installments coming in regularly.

Motion to approve compromise, set 7.23.14 for hearing, granted. 7.25.14

Small asset case debtor awaiting order of approval before beginning installment payments and providing the down payment. 6.18.14

**Initial Projected Date Of Final Report (TFR):**    06/30/2015      **Current Projected Date Of Final Report (TFR):**      /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49393 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $280.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $560.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $840.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $270.00 | | $1,110.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $10.00 | | $1,120.00 |
| 07/29/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $2,000.00 | | $3,120.00 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.16 | $3,119.84 |
| 08/22/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry. Liquidation of other personal property. | 1129-000 | $280.00 | | $3,399.84 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,394.53 |
| 09/16/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry | 1129-000 | $279.23 | | $3,673.76 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.31 | $3,668.45 |
| 10/17/2014 | (10) | Faith Dobbins | Engagement and Wedding Ring, Watch, Misc. Jewelry- Receivables | 1129-000 | $280.00 | | $3,948.45 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.50 | $3,941.95 |
| 11/17/2014 | | Faith Dobbins | Monies owed to the Estate-bank account Receivables and to engagement and wedding ring, Misc Jewelry | * | $280.00 | | $4,221.95 |
| | {3} | | $239.23 | 1129-000 | | | $4,221.95 |
| | {10} | | $40.77 | 1129-000 | | | $4,221.95 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.93 | $4,216.02 |
| 12/17/2014 | (3) | Faith Dobbins | Bank of America Checking Account no. ending 6223 receivable. | 1129-000 | $280.00 | | $4,496.02 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.99 | $4,489.03 |
| 01/21/2015 | (3) | Faith Dobbins | Monies owed to the Estate-bank account Receivables. | 1129-000 | $280.00 | | $4,769.03 |
| | | | **SUBTOTALS** | | $4,799.23 | $30.20 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49393 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,761.40 |
| 02/20/2015 | | Faith Dobbins | Accounts receivables for bank accounts and jewelry. | * | $280.00 | | $5,041.40 |
| | {4} | | $15.15 | 1129-000 | | | $5,041.40 |
| | {5} | | $75.89 | 1129-000 | | | $5,041.40 |
| | {6} | | $140.50 | 1129-000 | | | $5,041.40 |
| | {3} | | $0.77 | 1129-000 | | | $5,041.40 |
| | {10} | | $47.69 | 1129-000 | | | $5,041.40 |
| 02/26/2015 | 5001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $4.00 | $5,037.40 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.04 | $5,030.36 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.85 | $5,022.51 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.84 | $5,014.67 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.09 | $5,006.58 |
| 06/26/2015 | | Green Bank | Reverse Bank Fees | 2600-000 | | ($8.09) | $5,014.67 |
| 06/26/2015 | 5002 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 49.35; Amount Allowed: 2,475.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $2,475.00 | $2,539.67 |
| 06/26/2015 | 5003 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,257.92 | $1,281.75 |
| 06/26/2015 | 5004 | American InfoSource LP as agent for | Final Account Number: ; Claim #: 1; Dividend: 25.56; Amount Allowed: 9,356.49; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $1,281.75 | $0.00 |

| | | | | **SUBTOTALS** | $280.00 | $5,049.03 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49393 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | DOBBINS, FAITH A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0291 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,079.23 | $5,079.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,079.23 | $5,079.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,079.23 | $5,079.23 | |

| **For the period of 12/31/2013 to 8/8/2015** | | **For the entire history of the account between 07/29/2014 to 8/8/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,079.23 | Total Compensable Receipts: | $5,079.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 | Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,079.23 | Total Compensable Disbursements: | $5,079.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,079.23 | Total Comp/Non Comp Disbursements: | $5,079.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 13-49393 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | DOBBINS, FAITH A | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0291 | **Checking Acct #:** | ******9301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 12/31/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,079.23 | $5,079.23 | $0.00 |

**For the period of 12/31/2013 to 8/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,079.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,079.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,079.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/31/2013 to 8/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,079.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,079.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,079.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,079.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.